AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| CARMAN KANAEHOLO, a individual<br><br>　　　Plaintiff(s),<br><br>　　　　V.<br><br>MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, USA, INC.; MEDTRONIC VERTELINK, INC.; DOES 1-50, inclusive<br><br>　　　Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 14-00369 SOM-KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 8, 2014<br><br>At 12 o'clock and 17 min p.m.<br>SUE BEITIA, CLERK |

[ ]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that this action is dismissed pursuant to the Minute Order entered on August 21, 2014.

| | |
|---|---|
| September 8, 2014 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |